# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN RICHARDSON, | ) | 1:05cv1478 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 4) |
| | ) | |
| ERIC CHRISTIANSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding pro se in the instant civil rights action.

On December 12, 2005, the Magistrate Judge issued Findings and Recommendation that the case be dismissed without prejudice for Plaintiff's failure to (1) submit the $250 filing fee or an application to proceed without prepayment of fees; (2) comply with the Court's order; and (3) diligently prosecute this action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed no later than December 20, 2005. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)©, this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated December 12, 2005, is ADOPTED IN

1       FULL; and

2   2.  Plaintiff's action is dismissed without prejudice.

5 IT IS SO ORDERED.

6 **Dated:**   **January 3, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE