**FILED**

**JUDGMENT ENTERED**

_____
                                    **Date**
by _____G. Lucas_____
              **Deputy Clerk**
        **U.S. District Court**
     **Eastern District of California**
__**XX**____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

ALLEN RICHARDSON,

                                  **JUDGMENT IN A CIVIL ACTION**
vs.
                                        CV-F-05-1478 OWW/DLB P

ERIC CHRISTIANSON, et al.,

_____/

       The Findings and Recommendations issued by the Magistrate Judge on December 12, 2005, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 10, 2006

                                        JACK L. WAGNER, Clerk

                                    By: /s/ GREG LUCAS
                                            Deputy Clerk